## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

JERRI DAWN DOMBROWSKI,

      Plaintiff,                           Case No. 24-00508
                                               Hon. Robert J. Jonker

v.


EXPERIAN INFORMATION SOLUTIONS INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANSUNION LLC,

      Defendants.

_____

## <u>ORDER FOR DISMISSAL OF EXPERIAN INFORMATION</u>
## <u>SOLUTIONS, INC., WITH PREJUDICE</u>

      The Court having received the parties' Stipulation, and being otherwise fully

advised in the premises,

      IT IS HEREBY ORDERED that Defendant Experian Information Solutions,

Inc., shall be dismissed with prejudice and without costs or attorney fees awarded to

any party.

      This resolves the last pending claim of this lawsuit.

                          /s/ Robert J. Jonker
                          _____
                          Hon. Robert J. Jonker
                          U.S. District Court Judge

2